IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case #  15-15928 |
| | ) | |
| Michael A. Harris, Jr. | ) | Chapter 7 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |

## CERTIFICATE OF SERVICE

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m., May 4, 2018.

Cindy M. Johnson                              /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

## SERVICE LIST

### Electronic Mail Notice List

- Cindy M. Johnson    cjohnson@jnlegal.net, KLindsey@jnlegal.net
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Patrick A Meszaros    patrickmeszaros@yahoo.com
- Rachael A Stokas    ND-Two@il.cslegal.com

### Manual Notice List

- See Attached Service List

Michael A. Harris Jr.
415 S. Marguerite Street
Coal City, IL 60416-1492

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER
c/o Codilis and Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

AM-PM Heating and Air Cond
1401 N Kankakee Street
Wilmington, IL 60481-1041

ARS National
530 Corporate Drive
Escondido, CA 92029-1501

Agha Medical Inc.
1603 Woodlawn Lane
Bolingbrook, IL 60490-3274

Allied Interstate
PO Box 4000
Warrenton, VA 20188-4000

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A. by
American Infosource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

Cardiac surgery Assoc.
P.O. Box 153
Channahon, IL 60410-0153

Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Heartland Cardiovascular Center
301 N Madison Street
Ste 275
Joliet, IL 60435-6663

Morris Hospital
Business Office
150 West High St.
Morris, IL 60450-1497

Ocwen Loan Servicing
PO Box 6440
Carol Stream, IL 60197-6440

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Sears Credit Cards
PO Box 688956
Des Moines, IA 50368-8956

Synchrony Bank/ Care credit
PO Box 960091
Orlando, FL 32896-0091

The University of Chicago Medical C
15965 Collections Center Drive
Chicago, IL 60693-0159