# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Michael A. Harris, Jr. | § | Case No. 15-15928 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 90,039.17                                  Assets Exempt: 3,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,043.23        Claims Discharged
                                                  Without Payment: 121,656.47

Total Expenses of Administration: 5,014.40

---

3) Total gross receipts of $ 17,342.22 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,284.59 (see **Exhibit 2**), yielded net receipts of $ 9,057.63 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 110,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,014.40 | 5,014.40 | 5,014.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,652.23 | 4,013.62 | 4,013.62 | 4,043.23 |
| **TOTAL DISBURSEMENTS** | $ 123,652.23 | $ 9,028.02 | $ 9,028.02 | $ 9,057.63 |

    4) This case was originally filed under chapter 7 on 05/04/2015 . The case was pending for 46 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/17/2019      By:/s/Cindy M. Johnson, Trustee
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Insurance Policy - Prudential | 1129-000 | 17,313.22 |
| IL Treasurer-unclaimed property | 1229-000 | 29.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 17,342.22** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Harris, John C | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 4,142.29 |
| Harris, Michael A | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 4,142.30 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 8,284.59** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan Servicing PO Box 6440 Carol Stream, IL 60197-6440 | | 110,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 110,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,655.76 | 1,655.76 | 1,655.76 |
| Cindy M. Johnson | 2200-000 | NA | 104.06 | 104.06 | 104.06 |
| International Sureties, LTD | 2300-000 | NA | 6.29 | 6.29 | 6.29 |
| BOK Financial | 2600-000 | NA | 68.79 | 68.79 | 68.79 |
| Johnson Legal Group, LLC | 3110-000 | NA | 3,179.50 | 3,179.50 | 3,179.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 5,014.40 | $ 5,014.40 | $ 5,014.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Agha Medical Inc. 1603 Woodlawn Lane Bolingbrook, IL 60490 | | 550.00 | NA | NA | 0.00 |
| | Allied Interstate PO Box 4000 Warrenton, VA 20188 | | 0.00 | NA | NA | 0.00 |
| | AM-PM Heating and Air Cond 1401 N Kankakee Street Wilmington, IL 60481 | | 100.00 | NA | NA | 0.00 |
| | ARS National 530 Corporate Drive Escondido, CA 92029 | | 0.00 | NA | NA | 0.00 |
| | Capital One Bankruptcy Department P.O. Box 5155 Norcross, GA 30091 | | 1,440.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Cardiac surgery Assoc. P.O. Box 153 Channahon, IL 60410-0153 |  | 16.80 | NA | NA | 0.00 |
|  | Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 |  | 4,118.61 | NA | NA | 0.00 |
|  | Heartland Cardiovascular Center 301 N Madison Street Ste 275 Joliet, IL 60435 |  | 90.06 | NA | NA | 0.00 |
|  | Morris Hospital Business Office 150 West High St. Morris, IL 60450-1497 |  | 1,216.00 | NA | NA | 0.00 |
|  | Sears Credit Cards PO Box 688956 Des Moines, IA 50368 |  | 2,318.00 | NA | NA | 0.00 |
|  | Synchrony Bank/ Care credit PO Box 960091 Orlando, FL 32896 |  | 407.00 | NA | NA | 0.00 |
|  | The University of Chicago Medical C 15965 Collections Center Drive Chicago, IL 60693 |  | 1,400.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 1,615.34 | 1,615.34 | 1,615.34 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,995.76 | 2,398.28 | 2,398.28 | 2,398.28 |
| | Capital One Bank (Usa), N.A. | 7990-000 | NA | NA | NA | 11.92 |
| | Pyod, Llc Its Successors And Assigns As Assignee | 7990-000 | NA | NA | NA | 17.69 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 13,652.23 | $ 4,013.62 | $ 4,013.62 | $ 4,043.23 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-15928 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Michael A. Harris, Jr. | | | | Date Filed (f) or Converted (c): | 05/04/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/03/2015 |
| For Period Ending: | 02/17/2019 | | | | Claims Bar Date: | 11/05/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 415 S Marguerite Street, Coal City, Il 60416 | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. Vacant Land - Florida | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking - Standard Bank | 39.17 | 0.00 | | 0.00 | FA |
| 4. Furniture | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Whole Life Insurance Policy - Prudential | 20,500.00 | 17,030.32 | | 17,313.22 | FA |
| 7. Term Policy - Monumental | 0.00 | 0.00 | | 0.00 | FA |
| 8. 1988 Ford Van- Does Not Run | 500.00 | 0.00 | | 0.00 | FA |
| 9. IL Treasurer-unclaimed property (u) | 0.00 | 29.00 | | 29.00 | FA |
| 10. Whole Life Insurance Policy -Transamerica (u) | 0.00 | 25,521.91 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $113,539.17     $42,581.23     $17,342.22     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained cash value in insurance policy from Prudential. Trustee has sufficient amount to pay claims in full plus interest. TFR approved all funds disbursed and cleared TDR to be filed

RE PROP #     2  --  Too small of an amount to justify expense of finding, hiring broker.
RE PROP #     9  --  Monies held by the Illinois Treasurer - unclaimed property division

Initial Projected Date of Final Report (TFR): 10/20/2017     Current Projected Date of Final Report (TFR): 08/30/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-15928 | Trustee Name: | Cindy M. Johnson, Trustee |
| --- | --- | --- | --- |
| Case Name: | Michael A. Harris, Jr. | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0165 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1677 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/17/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/05/16 | 9 | Leslie Geissler Munger<br>Comptroller - State of Illlinois<br>325 West Adams Street<br>Springfield, IL 62704-1871 | IL Treasurer-unclaimed property<br>Monies held by the Illinois Treasurer - unclaimed property division | 1229-000 | $29.00 | | $29.00 |
| 01/04/18 | 6 | The Prudential Insurance Company of America<br>2101 Welsh Road<br>Dresher, PA 19025 | Life Insurance Surrender | 1129-000 | $17,313.22 | | $17,342.22 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.84 | $17,322.38 |
| 02/15/18 | 101 | International Sureties, LTD<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $6.29 | $17,316.09 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.25 | $17,292.84 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.70 | $17,267.14 |
| 06/05/18 | 102 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,655.76 | $15,611.38 |
| 06/05/18 | 103 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $104.06 | $15,507.32 |
| 06/05/18 | 104 | Johnson Legal Group, LLC<br>140 S. Dearborn Street<br>Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $3,179.50 | $12,327.82 |
| 06/05/18 | 105 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $2,415.97 | $9,911.85 |

| | | | Page Subtotals: | | $17,342.22 | $7,430.37 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-15928 | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|
| Case Name: | Michael A. Harris, Jr. | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0165 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1677 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/17/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($17.69) | 7990-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($2,398.28) | 7100-000 | | | |
| 06/05/18 | 106 | Capital One Bank (Usa), N.A. By American Infosource Lp As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $1,627.26 | $8,284.59 |
| | | | ($11.92) | 7990-000 | | | |
| | | Capital One Bank (Usa), N.A. | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($1,615.34) | 7100-000 | | | |
| 06/05/18 | 107 | Michael A. Harris, Jr. 415 S. MARGUERITE STREET COAL CITY, IL  60416 | Distribution of surplus funds to debtor. | 8200-000 | | $8,284.59 | $0.00 |
| 06/07/18 | 107 | Michael A. Harris, Jr. 415 S. MARGUERITE STREET COAL CITY, IL  60416 | Distribution of surplus funds to debtor. Reversal Debtor Funds to be paid to Heirs per court order 6/1/18 Debtor is deceased | 8200-000 | | ($8,284.59) | $8,284.59 |
| 06/07/18 | 108 | Michael A Harris, III 5305 160th St Urbandale, IA 50323 | Distribution Per 6/1/18 court order Distribution to Debtor's heir | 8200-002 | | $4,142.30 | $4,142.29 |
| 06/07/18 | 109 | John C Harris 2019 Warren Dr Des Moines, IA 50315 | Distribution Per Court Order Dated 6/1/18 Distribution to Heirs | 8200-000 | | $4,142.29 | $0.00 |
| 06/28/18 | 109 | John C Harris 2019 Warren Dr Des Moines, IA 50315 | Distribution Reversal Sent to wrong address | 8200-000 | | ($4,142.29) | $4,142.29 |
| 06/28/18 | 110 | John C Harris 8019 Warren Dr Des Moines, IA 50320 | Distribution Replacement check for #109 | 8200-002 | | $4,142.29 | $0.00 |

|  | COLUMN TOTALS | $17,342.22 | $17,342.22 |
|---|---|---|---|
|  | Less: Bank Transfers/CD's | $0.00 | $0.00 |
|  | Page Subtotals: | $0.00 | $9,911.85 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Case 15-15928    Doc 43    Filed 03/15/19    Entered 03/15/19 14:53:17    Desc Main
                Document      Page 12 of 13

|  |  |  |
|---|---:|---:|
| Subtotal | $17,342.22 | $17,342.22 |
| Less: Payments to Debtors | $0.00 | $8,284.59 |
| Net | $17,342.22 | $9,057.63 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0165 - Checking | $17,342.22 | $9,057.63 | $0.00 |
|  | $17,342.22 | $9,057.63 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $17,342.22 |
| Total Gross Receipts: | $17,342.22 |

Page Subtotals: $0.00  $0.00